UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                  CASE NO.: 6:15-bk-03601-KSJ

    HECTOR M TORRES
    GLENDA M TORRES

        Debtor(s).                                   CHAPTER 13
_____/

__X__ **Chapter 13 Plan**                     _____ **Amended Chapter 13 Plan**

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 60    (May 2015 – April 2020) | $ 3,160.00 |

The Debtor(s)(s) shall pay by **money order, cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| KEL, PLLC | $ 2,500.00 | $ 1,000.00 | 1 – 2 |
|  |  | $ 500.00 | 3 |
| Monitoring Fees | $ 2,700.00 | $ 50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| WELLS FARGO | $ 273,939.00 | $ 1,672.75 | 1 – 60 |
| AMERICAN SIGNATURE | $ 428.00 | $ 50.00 | 1 – 8 |
|  |  | $ 28.00 | 9 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Property to Be Surrendered:**

| Creditor Name: | Property Description: |
|---|---|

NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| WELLS FARGO | $ 123,821.00 | NONE | NONE |

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

The following Executory Contracts are assumed

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

NONE

**The following Executory Contracts are rejected:**
**Name of Creditor:**                                **Description of Collateral:**

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 7th day of May, 2015.

/s/ _____
Debtor Signature

/s/ _____
Debtor Signature

/s/ Sophia C Dean, Esq.
Sophia C Dean, Esq.
Attorney for Debtor
Kaufman, Englett & Lynd, PLLC
150 N Orange Avenue, Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Florida Bar No.: 92295

| DUE DATE 24th | | Unsecured | | TORRES Debtor Pmt | CASE NO. 10.0% Tee Fee | | | Attorney's Fees | | Monitoring Fees | Wells Fargo Home Mortgage | | Wells Fargo Bank | | American Siganture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | $2,500.00 | | | $278,939.00 | | $128,891.00 | | $428.00 |
| 5/24/2015 | 1 | $121.25 | | $3,160.00 | $316.00 | | | $1,000.00 | | | $1,672.75 | | STRIP | | $50.00 |
| 6/24/2015 | 2 | $121.25 | | $3,160.00 | $316.00 | 2 | at | $1,000.00 | | | $1,672.75 | | | | $50.00 |
| 7/24/2015 | 3 | $621.25 | | $3,160.00 | $316.00 | 1 | at | $500.00 | | | $1,672.75 | | | | $50.00 |
| 8/24/2015 | 4 | $1,121.25 | | $3,160.00 | $316.00 | | | | | | $1,672.75 | | | | $50.00 |
| 9/24/2015 | 5 | $1,121.25 | | $3,160.00 | $316.00 | | | | | | $1,672.75 | | | | $50.00 |
| 10/24/2015 | 6 | $1,121.25 | | $3,160.00 | $316.00 | | | | | | $1,672.75 | | | | $50.00 |
| 11/24/2015 | 7 | $1,071.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | $50.00 |
| 12/24/2015 | 8 | $1,071.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | $50.00 |
| 1/24/2016 | 9 | $1,093.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | $28.00 |
| 2/24/2016 | 10 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 3/24/2016 | 11 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 4/24/2016 | 12 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 5/24/2016 | 13 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 6/24/2016 | 14 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 7/24/2016 | 15 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 8/24/2016 | 16 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 9/24/2016 | 17 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 10/24/2016 | 18 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 11/24/2016 | 19 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 12/24/2016 | 20 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 1/24/2017 | 21 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 2/24/2017 | 22 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 3/24/2017 | 23 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 4/24/2017 | 24 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 5/24/2017 | 25 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 6/24/2017 | 26 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 7/24/2017 | 27 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 8/24/2017 | 28 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 9/24/2017 | 29 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 10/24/2017 | 30 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 11/24/2017 | 31 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 12/24/2017 | 32 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 1/24/2018 | 33 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 2/24/2018 | 34 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 3/24/2018 | 35 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 4/24/2018 | 36 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 5/24/2018 | 37 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 6/24/2018 | 38 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 7/24/2018 | 39 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 8/24/2018 | 40 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 9/24/2018 | 41 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 10/24/2018 | 42 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 11/24/2018 | 43 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 12/24/2018 | 44 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 1/24/2019 | 45 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 2/24/2019 | 46 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 3/24/2019 | 47 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 4/24/2019 | 48 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 5/24/2019 | 49 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 6/24/2019 | 50 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 7/24/2019 | 51 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 8/24/2019 | 52 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 9/24/2019 | 53 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 10/24/2019 | 54 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 11/24/2019 | 55 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 12/24/2019 | 56 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 1/24/2020 | 57 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 2/24/2020 | 58 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 3/24/2020 | 59 | $1,121.25 | | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| 4/24/2020 | 60 | $1,121.25 | 60 at | $3,160.00 | $316.00 | | | | | $50.00 | $1,672.75 | | | | |
| | | $64,647.00 | | $189,600.00 | $18,960.00 | | | $2,500.00 | | $2,700.00 | $100,365.00 | | | | $428.00 |
| | | $64,714.00 | | | | | | | | | | | | | |
| | | 100% | | | | | | | | | | | | | |
| Liquidity | | $12,558.75 | | | | | | | | | | | | | |

```
Label Matrix for local noticing          United States Trustee - ORL7/13 7       American Finco Financi
113A-6                                   Office of the United States Trustee     121 S Mclean Blvd Unit A
Case 6:15-bk-03601-KSJ                   George C Young Federal Building         South Elgin, IL 60177-1822
Middle District of Florida               400 West Washington Street, Suite 1100
Orlando                                  Orlando, FL 32801-2210
Thu May  7 09:58:04 EDT 2015

American Signature Furniture             Business Revenue Syste                  Cap1/kawas
Wfnnb                                    2419 Spy Run Ave Ste A                  Pob 978
Po Box 182125                            Fort Wayne, IN 46805-3262               Wood Dale, IL 60191-0978
Columbus, OH 43218-2125


(p)CITIBANK                              Citibank/The Home Depot                 Florida Department of Revenue
PO BOX 790034                            Citicorp Credit Srvs/Centralized Bankrup Bankruptcy Unit
ST LOUIS MO 63179-0034                   Po Box 790040                           Post Office Box 6668
                                         Saint Louis, MO 63179-0040              Tallahassee FL 32314-6668


Internal Revenue Service                 (p)CREDITORS BANKRUPTCY SERVICE         Onemain Fi
Post Office Box 7346                     PO BOX 800849                           6801 Colwell Blvd
Philadelphia PA 19101-7346               DALLAS TX 75380-0849                    Irving, TX 75039-3198


Orange County Tax Collector              Us Dept Of Ed/glelsi                    Usaa Savings Bank
PO Box 545100                            Po Box 7860                             10750 Mc Dermott
Orlando FL 32854-5100                    Madison, WI 53707-7860                  San Antonio, TX 78288-1600


Usaa Savings Bank                        Wells Fargo                             Wells Fargo Bank Nv Na
Po Box 47504                             Po Box 14517                            Attn: Deposits Bankruptcy MAC# P610
San Antonio, TX 78265-7504               Des Moines, IA 50306-3517               Po Box 3908
                                                                                 Portland, OR 97208-3908


(p)WELLS FARGO BANK NA                   Woodland Lakes Preserve                 Glenda M Torres
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING  c/o EPM Service                    1054 Crane Crest Way
ATTN BANKRUPTCY DEPT MAC X7801-014       4407 Vineland Road, #D15                Orlando, FL 32825-4414
3476 STATEVIEW BLVD                      Orlando, FL 32811-7217
FORT MILL SC 29715-7203


Hector M Torres                          Laurie K Weatherford                    Sophia Cabacum Dean
1054 Crane Crest Way                     Post Office Box 3450                    Kaufmann, Englett Lynd
Orlando, FL 32825-4414                   Winter Park, FL 32790-3450              150 N. Orange Avenue
                                                                                 Ste 100
                                                                                 Orlando, FL 32801-2317
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank Sd, Na                          Military Star                           Wells Fargo Hm Mortgag
Attn: Centralized Bankruptcy             3911 Walton Walker                      8480 Stagecoach Cir
Po Box 20363                             Dallas, TX 75266                        Frederick, MD 21701
Kansas City, MO 64195
```

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23