UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                 CASE NO.: 6:15-BK-03601-KSJ

HECTOR M TORRES and
GLENDA M TORRES,

        Debtors.                                             CHAPTER 13
_____/

## MOTION FOR APPROVAL OF SETTLEMENT
## AGREEMENT RELATING TO THE PENDING DEBT HARASSMENT CLAIM

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the George C Young Courthouse at 400 W. Washington Avenue, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Sophia C Dean, Esq., Kaufman, Englett & Lynd, PLLC, 150 N. Orange Avenue, Suite 100, Orlando, FL 32801, and any other appropriate within the time allowed.

If you file and serve a response within in the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do no oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, the Debtor, HECTOR M TORRES and GLENDA M TORRES, and files this Motion for Approval to the Settlement Agreement relating to the pending debt harassment claim, and as grounds states as follows:

1. The Debtors' filed Chapter 13 Bankruptcy on April 24, 2015.

2. On March 3, 2015, OneMain Financial (Acct. # 4892) contacted Hector M Torres in an attempt to collect a debt.

3. The Debtors listed in their Amended Schedule B a pending debt harassment claim against OneMain Financial. This asset was listed as Not Exempt by the Debtors' on the Schedule C.

4. That the firm of KEL Attorneys has resolved the litigation regarding the pending debt harassment claim.

5. That the firm of KEL Attorneys retain their attorney's fees associated with this matter in the amount of $400.00

6. The remaining $200 of the settlement shall be turned over to the Debtors.

## BACKGROUND AND CONTENTIONS

OneMain Financial violated Fla. Stat. §559.72(18) by communicating with debtor after notification sent on February 19, 2015, stated that debtor was represented by legal counsel. OneMain Financial communicated with debtor in the form of an email on March 3, 2015 in an attempt to collect a debt.

## THE COMPROMISE

The proposed settlement is in the amount of $600.00. This would represent settlement of all claims. The case settled before a lawsuit was filed.

| | |
|---|---|
| **TOTAL AMOUNT OF SETTLEMENT:** | **$ 600.00** |
| *TOTAL ATTORNEY'S FEES* | *$ 400.00* |
| *TOTAL AMOUNT TO DEBTOR* | *$ 200.00* |
| **TOTAL DEDUCTIONS:** | **$ 600.00** |
| **NET PROCEEDS FOR UNSECURED CREDITORS:** | **$ 0.00** |

## **CONCLUSION**

WHEREFORE, THE Debtor requests that this Court enter an order which approves the settlement of the pending debt harassment claim and for the payment of funds as outlined above.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid to: All Creditors and Parties in Interest as listed on the attached Matrix this 14th day of May, 2015.

/s/ Sophia C Dean
Attorney for Debtor
Sophia C Dean, Esq.
Kaufman, Englett and Lynd, PLLC
150 N. Orange Ave., Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Florida Bar No.: 92295

```
Label Matrix for local noticing        United States Trustee - ORL7/13 7           American Finco Financi
113A-6                                  Office of the United States Trustee         121 S Mclean Blvd Unit A
Case 6:15-bk-03601-KSJ                  George C Young Federal Building             South Elgin, IL 60177-1822
Middle District of Florida              400 West Washington Street, Suite 1100
Orlando                                 Orlando, FL 32801-2210
Thu May 14 09:57:50 EDT 2015

American Signature Furniture            Business Revenue Syste                      Cap1/kawas
Wfnnb                                   2419 Spy Run Ave Ste A                      Pob 978
Po Box 182125                           Fort Wayne, IN 46805-3262                   Wood Dale, IL 60191-0978
Columbus, OH 43218-2125


(p)CITIBANK                             Citibank/The Home Depot                     Florida Department of Revenue
PO BOX 790034                           Citicorp Credit Srvs/Centralized Bankrup    Bankruptcy Unit
ST LOUIS MO 63179-0034                  Po Box 790040                               Post Office Box 6668
                                        Saint Louis, MO 63179-0040                  Tallahassee FL 32314-6668


Internal Revenue Service                (p)CREDITORS BANKRUPTCY SERVICE             Onemain Fi
Post Office Box 7346                    PO BOX 800849                               6801 Colwell Blvd
Philadelphia PA 19101-7346              DALLAS TX 75380-0849                        Irving, TX 75039-3198


Orange County Tax Collector             Us Dept Of Ed/glelsi                        Usaa Savings Bank
PO Box 545100                           Po Box 7860                                 10750 Mc Dermott
Orlando FL 32854-5100                   Madison, WI 53707-7860                      San Antonio, TX 78288-1600


Usaa Savings Bank                       Wells Fargo                                 Wells Fargo Bank Nv Na
Po Box 47504                            Po Box 14517                                Attn: Deposits Bankruptcy MAC# P610
San Antonio, TX 78265-7504              Des Moines, IA 50306-3517                   Po Box 3908
                                                                                    Portland, OR 97208-3908


(p)WELLS FARGO BANK NA                  Woodland Lakes Preserve                     Glenda M Torres
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING  c/o EPM Service                       1054 Crane Crest Way
ATTN BANKRUPTCY DEPT MAC X7801-014       4407 Vineland Road, #D15                   Orlando, FL 32825-4414
3476 STATEVIEW BLVD                      Orlando, FL 32811-7217
FORT MILL SC 29715-7203

Hector M Torres                         Laurie K Weatherford                        Sophia Cabacum Dean
1054 Crane Crest Way                    Post Office Box 3450                        Kaufmann, Englett Lynd
Orlando, FL 32825-4414                  Winter Park, FL 32790-3450                  150 N. Orange Avenue
                                                                                    Ste 100
                                                                                    Orlando, FL 32801-2317
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank Sd, Na                         Military Star                               Wells Fargo Hm Mortgag
Attn: Centralized Bankruptcy            3911 Walton Walker                          8480 Stagecoach Cir
Po Box 20363                            Dallas, TX 75266                            Frederick, MD 21701
Kansas City, MO 64195
```

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23