ORDERED.

Dated: August 20, 2015

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                 CASE NO.: 6:15-bk-03601-KSJ

HECTOR M TORRES
GLENDA M TORRES

　　　　　Debtor(s).                                        Chapter 13
_____/

### AGREED ORDER GRANTING DEBTORS' VERIFIED MOTION TO STRIP LIEN OF WELLS FARGO BANK AND FOR DETERMINATION THAT CLAIM IS UNSECURED

This case came on for consideration upon Debtor's Verified Motion to Strip Lien of WELLS FARGO BANK ("Creditor") and for Determination that Claim is Unsecured (Doc. 14). WELLS FARGO BANK has no objection. Accordingly, it is

**ORDERED:**

1. The Motion to Strip Lien is granted.

2. The Creditor has a second mortgage lien on Debtor's real property, described as:

**Legal Description:**

LOT 130, WOODLAND LAKES PRESERVE UNIT 1B, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 59, PAGE 137

THROUGH 140, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

3. The claim of Creditor shall be treated as an unsecured claim in this Chapter 13 case.

4. Creditor's lien is void pursuant to 11 USC 506(d) and automatically extinguished upon entry of an Order of Discharge pursuant to 11 USC 1328.

5. A copy of this Order may not be recorded in the public records until after Debtors have received a discharge.

6. In the event this case is dismissed or converted to another Chapter of the Bankruptcy Code prior to the conclusion of the Plan and entry of a Discharge in favor of the Debtors, then the mortgage lien on Creditor shall be deemed reinstated and the Court Order stripping the lien shall be null and void.

7. No sale of the Property may occur free and clear of the Creditor's lien while the bankruptcy case is pending as the Bankruptcy Code provides that the lien be retained on the property until the Creditor's claim is paid in full or until the Debtor(s) receive a Discharge.

/s/ Sara Chalkley
Sara Chalkley
Attorney for Debtors
Kaufman, Englett and Lynd, PLLC
150 N Orange Ave., Ste 100
Orlando, FL 32801
P. 407-513-1900
F. 407-309-5900
Fla Bar No. 104939

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Attorney for Creditor
Kass Schuler, PA
PO Box 800
Tampa, FL 33601
P. 813-229-0900 Ext. 1343
F. 813-229-3323
Fla Bar No.069883

Attorney Sara Chalkley is directed to serve a copy of this order on interested parties and file a proof of service within 3 day of entry of the order.