UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Case No.: 8:15-bk-03601-KSJ

HECTOR M TORRES
GLENDA M TORRES

Debtors.  CHAPTER 13
_____/

**CERTIFICATE OF SERVICE**

A true and correct copy of Agreed Order Granting Motion to Determine Secured Status and to Strip Lien Effective Upon Discharge (Doc No.24) has been sent by U.S. Mail or by electronic transmission on the 25th day of August, 2015 to:

**Chapter 13 Trustee**, Laurie K. Weatherford, PO BOX 3450, Winter Park, FL 32790;

**Debtors,** Hector & Glenda Torres, 1054 Crane Crest Way, Orlando, FL 32825;

**Creditor,** Wells Fargo Bank, PO Box 3908, Portland, OR 97208;

**Creditor's Attorney**, Kass Schuler, PA, PO Box 800, Tampa, FL 33601; and

**Creditor's Registered Agent,** Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301

/s/ Sara Chalkley, Esq.
Attorney for Debtor
Sara Chalkley, Esq.
Kaufman, Englett and Lynd, PLLC
150 N. Orange Ave. Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.389.5172
Fla Bar No.: 104939