# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:

Hector M Torres
Glenda M Torres

Case No: 6:15-bk-03601-KSJ
Chapter 13

**Debtors**

## Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the debtors filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the debtors' plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days after the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 10/20/2015 at 9:30 AM in courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL.

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination**, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the debtor objects on the grounds of timeliness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse** absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the Courts official mailing matrix this 3rd day of September, 2015.

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com