

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/20/2015 09:30 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-03601-KSJ | 13 | 04/24/2015 |

Chapter 13

**DEBTOR:**  Hector Torres

Glenda Torres

**DEBTOR ATTY:**  **Sara Chalkley**

**TRUSTEE:**  **Laurie Weatherford**

**HEARING:**

Confirmation Hearing

Chapter 13 Plan (Doc #11)
.

**APPEARANCES::**

Sara Chalkley (Debtor)
Laurie Weatherford, Trustee

**RULING:**

Confirmation Hearing:   Continued in open court to December 15, 2015 at 2:45 p.m.   No further continuances.   Attorney's fees reduced to $2,000

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.